UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re the Petition of<br><br>Helen Trading S.A.<br><br>For Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | Civil Action No. |

## **FED. R. CIV. P. 7.1 DISCLOSURE**

Petitioner Helen Trading S.A. is not a publicly traded company and no publicly held corporation owns 10% or more of its stock.

Dated: January 16, 2018.

*/s/ Marios J. Monopolis*
J. Stephen Simms
Marios J. Monopolis
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Tel: (410) 783-5795
Fax: (410) 510-1789
mjmonopolis@simmsshowers.com
jssimms@simmsshowers.com

Attorneys for Petitioner